# First District Court of Appeal
## State of Florida

_____

No. 1D2022-2971
_____

AJA'VOIR TA'JHAUN YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Phillip Pena, Judge.

May 8, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS C.J., and LEWIS and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Kathryn Lane, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.